139003

RECEIVED
BY MAIL
JAN 22 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** Civ. 02-101 ADM/AJB **Case Title:** Kristi DeWitte, as parent & guardian of Tristan DeWitte, a minor, and Tristan DeWitte, individually, vs. Brunswick Corporation

**Affidavit of Movant**

I, Michael W. Hanson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Bradley G. Bonynge, an attorney admitted to practice in the U.S. District Court District of South Dakota, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ()defendant Kristi DeWitte, et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Michael W. Hanson (signature) — Signature
0132330 — MN Attorney License #
1-16-02 — Date

**Affidavit of Proposed Admittee**

I, Bradley G. Bonynge, am currently a member in good standing of the U.S. District Court for the Southern Divison District of South Dakota, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Bradley G. Bonynge — Type/Print Name
Bradley G. Bonynge (signature) — Signature
12-20-01 — Date

Attorney License Number: N/A

Law Firm Name & Address: Bonynge & Christensen
6009 W. 41st Street, Suite 3
Sioux Falls, SD 57106

**Telephone:** (605) 361-3600

Motion Granted: (signature)
For the Court: Richard D. Sletten, Clerk

JAN 23 2002
Date

**Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.**

**6/99**

JAN 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK