# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
BY MAIL
MAR 26 2002
CLERK US DIST COURT
ST. PAUL, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-101 ADM/AJB Case Title: Dewitte / Brunswick

**Affidavit of Movant**

I, Daniel J. Connolly, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patrick J. Woytek an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Brunswick in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 197427 Date: 3/25/02

**Affidavit of Proposed Admittee**

I, Patrick J. Woytek, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Patrick J. Woytek Signature: [signature] Date: 3/13/02

Attorney License Number: 6256888

Law Firm Name & Address: Freeborn & Peters
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Telephone: ( ) (312) 360-6000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

Date: MAR 26 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED MAR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________